224 So.2d 920

Lenwood **CARROLL**

v.

**STATE.**

**4 Div. 337.**

Supreme Court of Alabama.

July 3, 1969.

Certiorari to Court of Appeals.

Griffin Sikes, Andalusia, for petitioner.

MacDonald Gallion, Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Lenwood Carroll for certiorari to the Court of Appeals to review and revise the judgment and decision in Carroll v. State, 45 Ala.App., 80, 224 So.2d 917.

Writ denied.

LIVINGSTON, C. J., and COLEMAN and BLOODWORTH, JJ., concur.

226 So.2d 391

**O. L. COOPER**

v.

**STATE.**

**4 Div. 343.**

Supreme Court of Alabama.

March 6, 1969.

Rehearing Denied—Petition Dismissed Aug. 28, 1969.

Certiorari to Court of Appeals.

MacDonald Gallion, Atty. Gen., and Lloyd G. Hart, Asst. Atty. Gen., for petitioner.

E. C. Orme, Troy, opposed.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision in Cooper v. State, 45 Ala.App. 119, 226 So.2d 388.

Writ denied.

On Rehearing.

PER CURIAM.

The petition of the State of Alabama for a writ of certiorari to the Court of Appeals was denied on March 6, 1969. Application for rehearing was filed in this court, and upon consideration of that application we concluded that there was a probability of merit in the petition and that the writ should issue.

We have studied the opinion of the Court of Appeals, and it is now our conclusion that the writ should be dismissed as improvidently granted.

Writ dismissed.

LIVINGSTON, C. J., and SIMPSON, COLEMAN and BLOODWORTH, JJ., concur.